IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE NIXON**  **PLAINTIFF**

v.  Case No. 3:23-cv-000011-KGB

**RON HUNTER, District Judge,**
**Poinsett County,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Ronnie Nixon filed a *pro se* complaint on January 10, 2023, against defendants Ron Hunter, Tasha Jamerson, and the Trumann Police Department (Dkt. No. 1). Mr. Nixon neither moved to proceed *in forma pauperis* nor paid the filing fee (Dkt. No. 1).

The Prison Litigation Reform Act ("PLRA") provides that a prisoner cannot proceed *in forma pauperis* "if the prisoner has on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Prior to filing this lawsuit on January 10, 2023, Mr. Nixon filed at least three actions that were dismissed for failing to state a claim upon which relief may be granted. *See Nixon v. Mills*, *et al.*, Case No. 3:10-cv-12-BSM; *Nixon v. Cox*, Case No. 3:17-cv-122-BRW; *Nixon v. Hitt, et al.*, Case No. 3:17-cv-138-JM. Nevertheless, Mr. Nixon may proceed *in forma pauperis* if he falls under the "imminent danger" exception to the three strikes rule. *See* 28 U.S.C. § 1915(g) (providing that three strikers should be granted permission to proceed *in forma pauperis* if they are "under imminent danger of serious physical injury"); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998) (explaining that the exception applies only if the prisoner is in imminent danger

"at the time of filing" and that "[a]llegations that the prisoner has faced imminent danger in the past are insufficient").

The instant *pro se* complaint is written in the first person and signed by three individuals, including Mr. Nixon. To the extent that Mr. Nixon brings the instant lawsuit on behalf of himself, Mr. Nixon alleges that he was arrested pursuant to a falsified police report (Dkt. No. 1). Mr. Nixon has made no allegation that he is in imminent danger of serious physical injury at the time he filed his complaint. Accordingly, the imminent danger exception does not apply. *Dilworth*, 147 F.3d at 717. The Court dismisses this case due to Mr. Nixon's failure to pay the filing fee. Mr. Nixon has 30 days to reopen this case by paying the $402 filing fee in full.

It is therefore ordered that:

1. Mr. Nixon's complaint is dismissed without prejudice (Dkt. No. 1).

2. Mr. Nixon has 30 days from the date of this order in which to reopen this case by paying the $402 filing fee in full.

3. The Court directs that the Clerk of Court substitute Mr. Nixon's complaint with Court's Exhibit A, which contains a redacted version of page 6 of Mr. Nixon's complaint that redacts the Social Security number and date of birth from the complaint (Dkt. No. 1, at 6). *See* Court's Exhibit A.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of May, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge

**EXHIBIT A** — Court

To whom it my concern

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2023 JAN 10 A 10:07
TAMMY H DOWNS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 10 2023
TAMMY H DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. 3:23-cv-00011-KGB

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: Jacob Campbell
    ADC # _____
    Address: 407 Sharron Dr. Trumann, AR 72472

    Name of plaintiff: _____
    ADC # _____
    Address: _____

    *This case assigned to District Judge **Baker** and to Magistrate Judge **Ray***

    Name of plaintiff: _____
    ADC # _____
    Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Ron Hunter
    Position: District Judge
    Place of employment: Poinsety Co
    Address: 221 Smelton Ave Trumann, AR 72472
    Name of defendant: Tisha Jamerson
    Position: District Court Clerk
    Trumann Police Department

-4-

I NEED A NO CONTACT ON ALL OF THEM, -oft

Place of employment: Trumann District Court
Address: 221 S Melton Ave Trumann AR 72472
Name of defendant: Mr. Ron Hunter
Position: District Judge Poinsett Co.
Place of employment: Trumann AR District court
Address: 221 S Melton Ave Trumann AR 72472
Name of defendant: Ms Tasha Jamerson
Position: District court clerk
Place of employment: District court
Address: 221 Melton Ave Trumann AR, 72472

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only ✓
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: Jacob Campbell

Defendants: Ron Hunter Davison officer Trumann AR Erin ⊗ Goodman

-5-

1 of 2

☐ Court (if federal court, name the district; if state court, name the county): Ron Hunter District Court!

☐ Docket Number: Poinsett Co.

☐ Name of judge to whom case was assigned: Ron Hunter

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: 12/12/22

☐ Approximate date of disposition: 12/12/22

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

1-of-3

Yes ✓   No ____

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Erin (B) Goodman of Trumann AR, 72472. She filled out a police report then did an affidavid verifing that she did a false report. I'm here on false imprissonment I would like for the court to repund me 1500 per day that I am here, for suffering, pain, mental distrafe and also the time I've spent away from my family I clean houses for a living so I lose wages as well...

-7-

1-of 4

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

$1500 per day of incorresarsing for false imprisonment. Pain and suffering any to be Released from poinsett county detantion center the same day filed.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 12th day of December, 2022.

Jacob Campbell

Ronnie Nixon

[illegible signature]

Signature(s) of plaintiff(s)

-8-

1-OF-5

# Booking Sheet

**CAMPBELL, JACOB KYLE (25174)**

**Location**

D-04

## Booking Info
| | |
|---|---|
| Book In: | 12/12/2022 1:23 PM |
| Book Out: | N/A |
| Booking #: | 5 |
| Booking ID: | 221212-355021 |

## Ids
| | |
|---|---|
| SSN: | [redacted] |
| *FileID: | 25174 |

### Aliases
(None)

## Appearance
- Male
- Caucasian - Other skin tone
- Blue Eyes
- Brown hair Above Ears
- 6' 0" tall
- 150 lbs.
- Small build

## Contact Information
Address: 407 CHERRY TRUMANN,

Birthdate: [redacted]
Age: 24
Phone:
Marital Status: Unmarried
POB: JONESBORO, AR

Scars/Marks/Tattoos:

## Arrest Information
| | |
|---|---|
| Arrest Date | 12/12/2022 1:10:46 PM |
| Arrest Tracking # | |
| Arrest Location | |
| Arresting Agency | TRUMANN POLICE DEPARTMENT |
| Arresting Officer | DAVISON, |
| Booking Officer | Simons, Tabitha |
| Incident Notes | |
| Release Officer | |
| Release Notes | |
| Inmate Notes | |

**Inmate Flags**

**Override**

## Personal Contacts
| Contact Name | Relationship | Next Of Kin | Appr. Visitor | Phone | Address |
|---|---|---|---|---|---|
| CAMPBELL, JANET | Acquaintance | No | Yes | | 407 CHERRY TRUMANN, AR |

## Charges
| Case/Warrant # | Charge | Court | Court Date | Bond Status | Bond Amount | Cleared | Fine Amt | Paid |
|---|---|---|---|---|---|---|---|---|
| | 1 Count: COMMITMENT / TRUMANN | Poinsett County Circuit Court | 12/12/2022 1:14 PM | Cash | $0.00 | No | $0.00 | No |

Arraignment Court Date
Arraignment Judge

Total Bond: $0.00    Total Fine: $0.00

## Detainers
| Agency | Notes | Cleared |
|---|---|---|

**Defendant's Signature**

**Officer**

I Need a No contact on All of them including cort over sheet officer of Trumann 1-of-8

Booking Sheet    Printed: 12/13/2022 6:28:19 PM    Page 1 of 1

Jacob Campbell  X1504
1500 Justes Dr
Harrisburg, AR. 72432

UNITED STATES DISTRICT COURT
CLERK's OFFICE
600 WEST CAPITOL AVENUE
SUITE - A- 149
Little Rock, Ar. 72201-3325
OFFICE OF BUSINESS

LEGAL MAIL