IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE NIXON**                                                                           **PLAINTIFF**

v.                    Case No. 3:23-cv-000011-KGB

**RON HUNTER, District Judge,**
**Poinsett County,** *et al*.                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Ronnie Nixon's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this 15th day of May, 2023.

_____
Kristine G. Baker
United States District Judge